# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

132694

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE SARAH DIANNE PARKER and RACHEL
ANNE PARKER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

                                  SC: 132694
                                  COA: 270109
                                  Oakland CC
NICK ALLEN PARKER,                Family Division: 05-710163-NA
       Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007                                _____
                                                 Clerk

s0103